IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

VERONICA MARIE GILSON,

        Plaintiff,                            Case No. 1:19-cv-1303-CL

v.                                             ORDER

COMMISSIONER,
Social Security Administration

        Defendant.

As authorized by 28 U.S.C. §2412 and §1920 and subject to Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act, and Defendant's Response To Plaintiff's Motion for Attorney Fees citing no objections to the application, it is hereby ORDERED that the attorney fees in the amount of $5,336.50 be awarded to Plaintiff. Subject to any offset allowed under the Treasure Offset Program as discussed in *Astrue v. Ratliff*, 139 S. Ct. 2521 (2010), and supported by Declaration of Plaintiff Veronica Marie Gilson payment of this award shall be

ORDER   - 1

made payable to Plaintiff's attorney: Marlene R. Yesquen, Attorney at Law. The check shall be mailed to Plaintiff's attorney at the following address: Marlene R. Yesquen, Attorney at Law, 1500 SW 1st Avenue, Suite 700, Portland, OR 97201-5825.

IT IS SO ORDERED this 18th day of April, 2023.

/s/ *Mark D. Clarke*
MARK D. CLARKE
United States Magistrate Judge

PRESENTED BY:

/S/ Marlene R. Yesquen
Marlene R. Yesquen, OSB No. 065624
Attorney for Plaintiff
1500 SW 1st Avenue, Suite 700
Portland, OR 97201-5825

ORDER   - 2